**Thomas Carr**, OSB No. 212598  
County Counsel  
*tom_carr@co.washington.or.us*  
Eamon McMahon, OSB No. 153879  
Assistant County Counsel  
*eamon_mcmahon@co.washington.or.us*  
Office of Washington County Counsel  
155 N First Avenue, Suite 340, MS 24  
Hillsboro, OR 97124  
Phone (503) 846-8747 | Fax (503) 846-8636  
Attorney for Defendant Washington County

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RIDWELL, INC, | Case No. 3:22-cv-00110-JR |
| Plaintiff, | |
| v. | NOTICE OF SUPPLEMENTAL AUTHORITY |
| WASHINGTON COUNTY, OREGON, | |
| Defendant. | |

Defendant Washington County respectfully submits the following Supplemental Authority in support of Washington County's Motion to Dismiss [ECF 12], Magistrate Judge Russo's Findings and Recommendations [ECF 21] and Washington County's Objections to Magistrate Judge Russo's Findings and Recommendations [ECF 23]:

1. *Ridwell v. Washington County,* Washington County Circuit Court (WCCC) Case No. 22CV20320, Order Granting Defendants' Motions for Judgment on the Pleadings and

Denying Plaintiff's Motion for Judgment on the Pleadings (August 9, 2022), attached hereto as Exhibit 1.

2.  *Ridwell v. Washington County,* WCCC Case No. 22CV20320, Plaintiff's Motion for Judgment on the Pleadings, attached hereto as Exhibit 2.

3.  *Ridwell v. Washington County,* WCCC Case No. 22CV20320, Washington County's Amended Motion for Judgment on the Pleadings, attached hereto as Exhibit 3.

DATED: August 10, 2022.

                                 _s/Thomas Carr_
                                 Thomas Carr, OSB No. 212598
                                 County Counsel
                                 *tom_carr@co.washington.or.us*
                                 Eamon McMahon, OSB No. 153879
                                 Assistant County Counsel
                                 *eamon_mcmahon@co.washington.or.us*
                                 Attorneys for Defendant Washington County